STATE OF NEW JERSEY v. GEORGE DELORENZO.

July 11, 1986.

Petition for certification denied. (See 210 *N.J.Super.* 100)

STATE OF NEW JERSEY v. FRANK D. SPIVEY.

July 11, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. STEVEN J. MAHER.

July 11, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES BEDFORD.

July 11, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. JEFFREY SCOTT.

July 11, 1986.

Petition for certification denied.